UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA, | INDICTMENT CR 13-40 DSD/JJG |
| Plaintiff, | (18 U.S.C. § 2) |
| v. | (18 U.S.C. § 111(a)) |
| | (18 U.S.C. § 111(b)) |
| | (18 U.S.C. § 371) |

1. MICHAEL SCOTT LUEDTKE,

2. EDWARD McCABE ROBINSON, and

3. IRAH LEE GOODWIN,

        Defendants.

THE UNITED STATES GRAND JURY CHARGES THAT:

### COUNT 1
(Conspiracy to Assault Persons
Assisting Federal Law Enforcement Officers)

On or about February 8, 2013, in the State and District of Minnesota, the defendants,

**MICHAEL SCOTT LUEDTKE,
EDWARD McCABE ROBINSON, and
IRAH LEE GOODWIN,**

knowingly and willfully conspired and agreed together with each other, to knowingly, intentionally and forcibly assault, intimidate, interfere with, and by acts involving physical contact, and by means and use of a deadly and dangerous weapon, inflict bodily injury upon employees of the Sherburne County Sheriff's Office, while said employees were assisting officers and employees of the United States and the United States Marshals Service, and while they were engaged in and on account of the performance of their official

SCANNED
MAR 0 4 2013
U.S. DISTRICT COURT ST. PAUL

FILED MAR 0 4 2013
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD_____
DEPUTY CLERK_____

United States v. Michael Scott Luedtke, et al.

duties, and in furtherance of the conspiracy and to effect the objects thereof, the defendants named herein committed overt acts in the State and District of Minnesota, including, but not limited to the acts set forth in Counts 2 and 3 of this indictment, which are hereby realleged and incorporated herein by reference, all in violation of Title 18, United States Code, Sections 111(a), 111(b) and 371.

## COUNT 2
(Assault Upon a Person Assisting Federal Law Enforcement Officers)

On or about February 8, 2013, in the State and District of Minnesota, the defendants,

**MICHAEL SCOTT LUEDTKE,**
**EDWARD McCABE ROBINSON, and**
**IRAH LEE GOODWIN,**

each aiding and abetting the others, did knowingly, intentionally and forcibly assault, intimidate, interfere with, and by acts involving physical contact, and by means and use of deadly and dangerous weapons, namely, a chair and a pepper spray can, inflict bodily injury upon Corrections Officer Jesse Patrick Kipka, an employee of the Sherburne County Sheriff's Office, while he was assisting officers and employees of the United States and the United States Marshals Service, and while he was engaged in and on account of the performance of his official duties, in violation of Title 18, United States Code, Sections 2, 111(a) and 111(b).

United States v. Michael Scott Luedtke, et al.

## COUNT 3
(Assault Upon a Person Assisting Federal Law Enforcement Officers)

On or about February 8, 2013, in the State and District of Minnesota, the defendants,

**MICHAEL SCOTT LUEDTKE,
EDWARD McCABE ROBINSON, and
IRAH LEE GOODWIN,**

each aiding and abetting the others, did knowingly, intentionally and forcibly assault, intimidate, interfere with, and by acts involving physical contact, and by means and use of a deadly and dangerous weapon, namely, a chair, inflict bodily injury upon Corrections Officer Jesse Jay Overlie, an employee of the Sherburne County Sheriff's Office, while he was assisting officers and employees of the United States and the United States Marshals Service, and while he was engaged in and on account of the performance of his official duties, in violation of Title 18, United States Code, Sections 2, 111(a) and 111(b).

A TRUE BILL

_____          _____
UNITED STATES ATTORNEY                                    FOREPERSON